LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FERNANDO HUERTA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　Defendant. | No. CV 18-03031 JEM<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($2,600.00) subject to the terms of the stipulation.

DATE: 6/3/2019　　　　/s/ John E. McDermott
　　　　　　　　　　　　HON. JOHN E. MCDERMOTT,
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE